

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00292-CV

TIM BRANDON                                                          APPELLANT

V.

WELLS FARGO BANK WALLACE                                             APPELLEES
HALL, INDIVIDUALLY AMIA
BECKER, INDIVIDUALLY CRYSTAL
CASTILLO, INDIVIDUALLY

------------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On November 19, 2012, we notified appellant that his brief did not comply

with rules of appellate procedure 9.4(h) and 38.1(a)–(k) and local rules 1.A and

1.A(8).  We gave appellant until November 29, 2012, to file an amended brief that

complied with these rules and informed him that failure to do so might result in

---

[1]*See* Tex. R. App. P. 47.4.

striking the brief he had filed, waiver of noncomplying points, or dismissal of the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3.

On December 11, 2012, we notified appellant that because his amended brief had not been filed, we would dismiss the appeal for want of prosecution unless, on or before December 21, 2012, he or any party desiring to continue the appeal filed with the court a motion reasonably explaining the failure to file his amended brief and the need for an extension. *See* Tex. R. App. P. 38.8(a)(1), 42.3. Having received no response, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: January 17, 2013